**Order filed, March 18, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00120-CV

_____

## MEMORIAL HERMANN HOSPITAL SYSTEM D/B/A MEMORIAL HERMANN SOUTHWEST HOSPITAL, Appellant

## V.

## SYLVIA GALVAN, Appellee

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-52629**

## ORDER

The reporter's record in this case was due **February 22, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Jessica Kim**, the court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM